IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ONE WORLD TECHNOLOGIES, LTD. and RYOBI TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXON INDUSTRIAL CORP., LTD., POWER TOOL SPECIALISTS, INC., PORTER-CABLE CORP., DELTA INTERNATIONAL MACHINERY CORP., and PENTAIR, INC., <br><br> Defendants. | Civil Action No. 04C 4337 <br> Northern District of Illinois, Eastern Division <br><br> Judge Matthew F. Kennelly <br> Magistrate Judge Edward A. Bobrick <br><br> **05 MBD 10228** |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2) of the Local Rules of the United States District Court for the District of Massachusetts, I, Albert E. Hartmann, counsel for Defendants Pentair, Inc. ("Pentair"), Porter-Cable Corporation ("Porter-Cable"), and Delta International Machinery Corp. ("Delta") (collectively, the "Defendants"), certify that from March 23, 2005 until June 3, 2005, I conferred by letters with Michael James Cronen, counsel for Raymond Caluori and BladePoint, Inc. in an attempt in good faith to resolve or narrow the issue raised in Defendants' Motion To Compel Deposition Of Raymond J. Caluori And Rule 30(B)(6) Representative Of BladePoint, Inc. During this period, Mr. Cronen refused to confer with me via telephone.

Dated: June 6, 2005

Respectfully submitted,

**PENTAIR, INC.**
**PORTER-CABLE CORP.**
**DELTA INT'L MACHINERY CORP.**

By: _____
Albert E. Hartmann (IL Bar # 06256064, not admitted in MA)
DLA PIPER RUDNICK GRAY CARY US LLP
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
Phone: (312) 368-4000
Fax: (312) 236-7516

By: _____
Brooks A. Ames (BBO #641192)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place
Boston, MA 02110
Phone: (617) 406-6000
Fax: (617) 406-6100

OF COUNSEL:

Monica L. Thompson (06181455)
Albert E. Hartmann (06256064)
**DLA PIPER RUDNICK GRAY CARY US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293
(312) 368-4000
(312) 236-7516 Facsimile

John C. Dougherty (Fed. Bar No. 10462)
**DLA PIPER RUDNICK GRAY CARY US LLP**
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000

2

~CHGO1:30585635.v1

James. M. Heintz (Fed. Bar. No. 15485)
**DLA PIPER RUDNICK GRAY CARY US LLP**
1200 Nineteenth St. NW
Washington DC 20036
(202) 861-3900

3

~CHGO1:30585635.v1

## CERTIFICATE OF SERVICE

Brooks A. Ames, an attorney, deposes and states that he caused the above and foregoing **MOTION TO COMPEL DEPOSITION OF RAYMOND J. CALUORI AND RULE 30(B)(6) REPRESENTATIVE OF BLADEPOINT, INC.** to be served upon:

Wm. Tucker Griffith
Kevin Grogan
MCCORMICK, PAULDING &
HUBER LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103-4102
Facsimile: 413-733-4543

Jeffrey E. Schiller, Esq.
SCHUYLER, ROCHE & ZWIRNER
One Prudential Plaza
Suite 3800
130 East Randolph Street
Chicago, Illinois 60601
Facsimile: 312-565-8300

Dominic P. Zanfardino, Esq.
BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Facsimile: 312-321-4299

Michael James Cronen
LAW OFFICES OF HARRIS ZIMMERMAN
1330 Broadway, Suite 710
Oakland, CA 94612-2506
Facsimile: 510-465-2041

by causing a copy to be sent via overnight delivery to the above named parties, at the addresses listed above, on this 6th day of June 2005 from One International Place, Boston, Massachusetts 02110.

_____
Brooks A. Ames

~CHGO1:30585635.v1