IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ONE WORLD TECHNOLOGIES, LTD. and RYOBI TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXON INDUSTRIAL CORP., LTD., POWER TOOL SPECIALISTS, INC., PORTER-CABLE CORP., DELTA INTERNATIONAL MACHINERY CORP., and PENTAIR, INC., <br><br> Defendants. | Civil Action No. 04C 4337 <br> Northern District of Illinois, Eastern Division <br><br> Judge Matthew F. Kennelly <br> Magistrate Judge Edward A. Bobrick <br><br><br> 1:05-mc-10228 |

**ORDER ALLOWING MOTION TO COMPEL
DEPOSITION OF RAYMOND J. CALUORI AND
RULE 30(B)(6) REPRESENTATIVE OF BLADEPOINT, INC.**

Having failed to appear to contest defendants' motion to compel, Raymond J. Caluori is hereby ordered to appear to testify, both individually and as the designated Rule 30(b)(6) representative of Bladepoint, Inc., in the above-captioned action at the offices of DLA PIPER RUDNICK GRAY CARY US LLP, One International Place, 21st Floor, Boston, MA, on July 14, 2005, at 10:00A.M. Failure to appear at the place and time set forth above shall subject Mr. Caluori to sanctions for contempt of this Court.

_____
Judge Rya W. Zobel

Dated: June 30, 2005