IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ONE WORLD TECHNOLOGIES, LTD. and RYOBI TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXON INDUSTRIAL CORP., LTD., POWER TOOL SPECIALISTS, INC., PORTER-CABLE CORP., DELTA INTERNATIONAL MACHINERY CORP., and PENTAIR, INC., <br><br> Defendants. | Civil Action No. 04C 4337 <br> Northern District of Illinois, Eastern Division <br><br> Judge Matthew F. Kennelly <br> Magistrate Judge Edward A. Bobrick <br><br> 1:05-mc-10228 |

**ASSENTED MOTION TO MODIFY ORDER ALLOWING MOTION
TO COMPEL DEPOSITION OF RAYMOND J. CALUORI AND
<u>RULE 30(B)(6) REPRESENTATIVE OF BLADEPOINT, INC.</u>**

Defendants Pentair, Inc., Porter-Cable Corp., and Delta International Machinery Corp., and third parties, Raymond J. Caluori and Bladepoint, Inc. (collectively, "the Parties") move to modify the Court's prior *Order Allowing Motion to Compel Deposition of Raymond J. Caluori and Rule 30(b)(6) Representative of Bladepoint, Inc* ("Order"). The Order required Mr. Caluori to appear to testify individually and as a Rule 30(b)(6) representative of Bladepoint, Inc. at the offices of DLA PIPER RUDNICK GRAY CARY US LLP, One International Place, Boston, MA, on July 14, 2005, at 10:00 A.M. The Parties request that the Order be modified to excuse Mr. Caluori's appearance on July 14, 2005. The Parties further request the Order be modified to require Mr. Caluori to appear, both individually and as a Rule 30(b)(6) representative of Bladepoint, Inc., at the offices of DLA PIPER RUDNICK GRAY CARY US LLP, 550 South Hope Street, Suite 2300, Los Angeles, CA, on August 9, 2005, at 9:00 A.M. A proposed

*Modified Order Allowing Motion to Compel Deposition of Raymond J. Caluori and Rule 30(b)(6) Representative of Bladepoint, Inc.* ("Modified Order") is attached hereto as Exhibit A.

As reasons for this motion the Parties state as follows. Mr. Caluori is unable to attend the July 14, 2005 deposition due to various responsibilities, including caring for his ill daughter. Mr. Caluori has cooperated with Defendants with respect to some information requested and agreed to appear for deposition on August 9, 2005, subject to the Modified Order. The requested modification is in the best interests of the Parties and will efficiently resolve this matter.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| RAYMOND J. CALUORI<br>And BLADEPOINT, INC. | PENTAIR, INC.<br>PORTER-CABLE CORP.<br>DELTA INT'L MACHINERY CORP. |
| /s/ Erwin E. Adler<br>Erwin E. Adler<br>ADLER LAW GROUP<br>350 S. Figueroa Street<br>Suite 557<br>Los Angeles, CA  90071<br>Phone: (213) 893-3900<br>Fax:    (212) 893-3910 | /s/ Brooks A. Ames<br>Brooks A. Ames (BBO #641192)<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>One International Place<br>Boston, MA  02110<br>Phone: (617) 406-6000<br>Fax:    (617) 406-6100 |

OF COUNSEL:

Monica L. Thompson (06181455)
Albert E. Hartmann (06256064)
DLA PIPER RUDNICK GRAY CARY US LLP
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293
Phone: (312) 368-4000
Fax:    (312) 236-7516

>John C. Dougherty (Fed. Bar No. 10462)
>DLA PIPER RUDNICK GRAY CARY US LLP
>6225 Smith Avenue
>Baltimore, Maryland 21209
>(410) 580-3000
>
>James. M. Heintz (Fed. Bar. No. 15485)
>DLA PIPER RUDNICK GRAY CARY US LLP
>1200 Nineteenth St. NW
>Washington DC 20036
>(202) 861-3900

Dated: July 14, 2005

## CERTIFICATE OF SERVICE

Brooks A. Ames, an attorney, deposes and states that he caused the above and foregoing **ASSENTED MOTION TO MODIFY ORDER ALLOWING MOTION TO COMPEL DEPOSITION OF RAYMOND J. CALUORI AND RULE 30(B)(6) REPRESENTATIVE OF BLADEPOINT, INC.** to be served upon:

| | |
|---|---|
| Wm. Tucker Griffith<br>Kevin Grogan<br>MCCORMICK, PAULDING & HUBER LLP<br>CityPlace II, 185 Asylum Street<br>Hartford, CT 06103-4102<br>Facsimile: 413-733-4543 | Jeffrey E. Schiller, Esq.<br>SCHUYLER, ROCHE & ZWIRNER<br>One Prudential Plaza<br>Suite 3800<br>130 East Randolph Street<br>Chicago, Illinois 60601<br>Facsimile: 312-565-8300 |
| Dominic P. Zanfardino, Esq.<br>BRINKS HOFER GILSON & LIONE<br>NBC Tower – Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, Illinois 60611-5599<br>Facsimile: 312-321-4299 | Michael James Cronen<br>LAW OFFICES OF HARRIS ZIMMERMAN<br>1330 Broadway, Suite 710<br>Oakland, CA 94612-2506<br>Facsimile: 510-465-2041 |

by causing a copy to be sent via overnight delivery to the above named parties, at the addresses listed above, on this 14th day of July 2005 from One International Place, Boston, Massachusetts 02110.

>_/s/ Brooks A. Ames_
>Brooks A. Ames

~BOST1:376977.v1

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ONE WORLD TECHNOLOGIES, LTD. and RYOBI TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>REXON INDUSTRIAL CORP., LTD., POWER TOOL SPECIALISTS, INC., PORTER-CABLE CORP., DELTA INTERNATIONAL MACHINERY CORP., and PENTAIR, INC.,<br><br>Defendants. | Civil Action No. 04C 4337<br>Northern District of Illinois, Eastern Division<br><br>Judge Matthew F. Kennelly<br>Magistrate Judge Edward A. Bobrick<br><br>1:05-mc-10228 |

**MODIFIED ORDER ALLOWING MOTION TO COMPEL
DEPOSITION OF RAYMOND J. CALUORI AND
RULE 30(B)(6) REPRESENTATIVE OF BLADEPOINT, INC.**

By assent of the parties, the Court hereby modifies its prior Order Allowing Motion to Compel Deposition of Raymond J. Caluori and Rule 30(b)(6) Representative of Bladepoint, Inc. as follows. Raymond J. Caluori is excused from appearing to testify, both individually and as the designated Rule 30(b)(6) representative of Bladepoint, Inc., in the above-captioned action at the offices of DLA PIPER RUDNICK GRAY CARY US LLP, One International Place, 21st Floor, Boston, MA, on July 14, 2005, at 10:00 A.M. Raymond J. Caluori is ordered to appear to testify, both individually and as the designated Rule 30(b)(6) representative of Baldepoint, Inc., in the above-captioned action at the offices of DLA PIPER RUDNICK GRAY CARY US LLP, 550 South Hope Street, Suite 2300, Los Angeles, CA, on August 9, 2005, at 9:00 A.M. Failure to appear at the place and time set forth above shall subject Mr. Caluori to sanctions for contempt of this Court.

_____
Judge Rya W. Zobel

Dated: July __, 2005

~BOST1:376968.v1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ONE WORLD TECHNOLOGIES, LTD. and RYOBI TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXON INDUSTRIAL CORP., LTD., POWER TOOL SPECIALISTS, INC., PORTER-CABLE CORP., DELTA INTERNATIONAL MACHINERY CORP., and PENTAIR, INC., <br><br> Defendants. | Civil Action No. 04C 4337 <br> Northern District of Illinois, Eastern Division <br><br> Judge Matthew F. Kennelly <br> Magistrate Judge Edward A. Bobrick <br><br> 1:05-mc-10228 |

**MODIFIED ORDER ALLOWING MOTION TO COMPEL
DEPOSITION OF RAYMOND J. CALUORI AND
RULE 30(B)(6) REPRESENTATIVE OF BLADEPOINT, INC.**

By assent of the parties, the Court hereby modifies its prior Order Allowing Motion to Compel Deposition of Raymond J. Caluori and Rule 30(b)(6) Representative of Bladepoint, Inc. as follows. Raymond J. Caluori is excused from appearing to testify, both individually and as the designated Rule 30(b)(6) representative of Bladepoint, Inc., in the above-captioned action at the offices of DLA PIPER RUDNICK GRAY CARY US LLP, One International Place, 21st Floor, Boston, MA, on July 14, 2005, at 10:00 A.M. Raymond J. Caluori is ordered to appear to testify, both individually and as the designated Rule 30(b)(6) representative of Baldepoint, Inc., in the above-captioned action at the offices of DLA PIPER RUDNICK GRAY CARY US LLP, 550 South Hope Street, Suite 2300, Los Angeles, CA, on August 9, 2005, at 9:00 A.M. Failure to appear at the place and time set forth above shall subject Mr. Caluori to sanctions for contempt of this Court.

 

                                                                                                     _____
                                                                                                      Judge Rya W. Zobel

Dated: July \_\_, 2005

~BOST1:376968.v1